U.S. COURTS
AUG 03 2012
Rcvd_____ Filed_____ Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

Niki Taysom
General Delivery
Pocatello, ID 83201

30 July 2012

United States District Court
Elizabeth A. Smith, Clerk of Court
55 W. Fort St., Suite 400
Boise, ID 83724

Case No. 4:12-cv-00298-BLW Newcomb Taysom v. Blad et al

Dear Ms. Smith,

I received notice today that the above referenced case was closed 25 July 2012 by Judge B. Lynn Winmill with in forma pauperis status being denied as "moot in light of the Court's ruling…."

In response I submit to Judge B. Lynn Winmill as record:

1. **Review of Plaintiff's Complaint:**
    **A. Background**
    1. I did err in naming Larry Crapo, and did intend U.S. Senator Mike Crapo.
    2. Treason consists of giving aid or comfort to an enemy. China and Russia are Communist Nations and are enemies to the United States of America.
        A. Mr. Barack O'bama, Hilary Clinton, Harry Reid and referenced Congressmen, Butch Otter, Mayor Blad, Pocatello City Council Members, the NEA and LDS Church have all given aid, made alliances, approved Foreign Trade Zones, Immigrant Residency, Disarmament Treaty in Nuclear Weapons, industry, and promotion of Communist ideals in our Public schools with these Countries. It is all public record.
    3. Sedition consists of using authority and means to overthrow Government.
        A. Mr. O'bama, Ms. Clinton and Mr. Reid are committing sedition, under the United Nations Charter, exactly as J. Edgar Hoover, Lenin and Khrushchev all stated before, during and after it was implemented. It is all public record.
    4. Bribery consists of promising funds, position or gifts in exchange position, power, or gain.
        A. Mr. O'bama publicly promised funding to Congressmen if they ratified the Health Care Reform Bill. Neither he, nor the Federal Government had funds to give. He has driven our Nation into gross debt to break and bind us under Communist rule just as Hitler did, and FDR tried. It is all public record.

    These charges of Treason, Sedition, Bribery, Misappropriation and Misuse of Public Funds, and unconstitutional Taxation are not "sweeping violations." They are exact. Nor did I derive them from "a myriad of sources." I referred to specific Acts, Treaties, public news releases, televised conferences, and

documented public meeting resolutions – including consistent violations of existing Laws and Ordinances.

     5. Misappropriation and Misuse of Public Funds.
     A.   Mr. Dave Hunt, City of Pocatello Urban Transit Manager, did not "some how "misuse[d] public funds." He stated in a publicly televised City Council meeting last winter that the City made $0.11 on every dollar spent from the yearly budget of 7.1 million local tax dollars - an 89% loss. Larae Orem and I both spoke against it at that meeting. It IS a <u>gross misuse</u> of public funds. The City of Pocatello does misappropriate water department funds as constituted in a current pending lawsuit by the Builders Association in Pocatello. It is all public record. My Right to freedom of Speech, Redress, and Justice have been repeatedly violated at Pocatello City Council meetings as publicly recorded and televised.

     6. I referred <u>to the harm caused and gross misuse of public dollars</u> by State and City government who <u>licensed</u> witchcraft/satanic/violent/pornographic media and products, and approved open container alcohol sales <u>in violation of an existing City Ordinance,</u> not "extended descriptions of witchcraft."   I referred to **Abuses** caused by others in the use of these things as an infringement of my and others Rights, especially children.

     Law Enforcement and Health Statistics are all public record and validate each of these accusations. I am positive you have presided over cases involving each of these things. I have served as a Foster Parent, Scout Leader, PTA President, substitute teacher, CPR Instructor and Wilderness First Responder. My education is in business, health, emergency preparedness/medicine and self reliance. I spent two months in State Hospital South – illegally, as I have stated and could prove IF given my <u>legal</u> right to do so. I saw and heard the effects of addictions, witchcraft, and abuse. My little foster son had cigarette burns on his arms, had been abused by his previous foster family who were in it strictly for the money, and his mother allowed every one and their dog to abuse him. He was 7! I have taught and loved children in emotionally disturbed classrooms - children as young as 8 years old.

     7. Our First, Fourth and Fifth Amendment Rights guarantee the free exercise of our Religion, Redress of Grievances, to be secure in our persons, papers and effects – from unreasonable searches and seizures; Due Process, Just Compensation, and Taxation with Representation; and Article 1 Section 10 states that no State can enter in to any alliance or agreement with a Foreign Nation without the consent of Congress who represent the People of this Country. Governor Otter and the City of Pocatello have entered into alliances and agreements with Chinese entities violating this Law.

As stated, unconstitutional Licensing, Permits, and Direct Taxation of Private property and businesses violate the law. I witnessed a young widow testify before the Mat-Su Borough Assembly following a Clerk's Court Foreclosure for failure to pay property taxes. She was delinquent due to caring for her ill husband, who later died. She paid $17,000 over the taxes due after three years of battling for her home and property. She and her husband had built their home from scratch, "with my baby on my back."

8. I did not state that Ms. Clinton had an "ambition" to become the Antichrist. Her ambition is the office of President to abet Mr. George Soros, who, as most Christians agree and note, is the Antichrist. It is not a "theological tangent."

B. **Legal Standard and Discussion**

There is no doubt that Mr. Obama, and others mentioned, are in violation of their Oath of Office, and are committing sedition, treason, bribery, etc. It is not **"frivolous," "baseless,"** or **"delusional."** It is **"plausible,"** based on **"law"** and public record **"fact"** reported and televised locally, nationally and congressionally, therefore providing more than the "two witnesses" required under the Constitution. I gave direct statement of **"claim"** why monetary relief should be granted – including loss of work and wages, defamation of character, wrongful diagnosis and medication, compromised health, and endangerment to myself and others. Our National Security and Liberty are of "weight" and "importance" to me, and should be to Judge Winmill and everyone else in this Country.

As for my "do-it-yourself" efforts to "lump" the President, Mayor, and others into one lawsuit I have attempted to contract an Attorney and none have had the courage or integrity to stand under their Oath to defend our Constitutional Rights, or National Security of this Country.

My documents and statements of criminal actions and methods of those stated in my complaint are correct, just, and according to Law, not "naked assertions devoid of further factual enhancements." They are recognized as fact nationally by multiple groups such as the NRA and Sheriffs. I gave direct quotes from Founding Fathers, leaders of the LDS Faith, J. Edgar Hoover, FBI Investigations and Congressional Studies, Scripture, Essay on Fabian Socialism, Lenin, the Constitution, etc. to validate my submissions as truth.

These examples are taken from the NCCS March 2010 Newsletter in referencing an FBI investigation documenting Communist methods infiltrating our Country:
"Dominate the psychiatric profession and use mental health laws as a means of gaining coercive control over those who oppose Communist/Socialist goals."
"Develop the illusion that total disarmament by the United States would be a demonstration of moral strength."
"Promote the U.N. as the only hope for mankind."
"Break down cultural standards of morality."
"Support any communist/socialist movement to give centralized control over any part of the culture – education, social agencies, welfare programs, mental health clinics, etc."
"Infiltrate and gain control of …unions…big business."
NCCS March 2010 Newsletter.

I stated in submitted documents that I sought the welfare of those accused, as well as the Constitutional Liberty and National Security of the Citizens of the United States of America.

For Judge Winmill to imply that I am delusional and without rational thinking is baseless.  Futility exists in his judgment, not any amendment that would be made by me.  It is his unlawful attempt to discredit and twist truth; to aid and abet those in public office, authority, business or Unions to violate, if not destroy, our Constitution, Republic, Liberty and National Security; and to once again <u>illegally</u> commit me "to gain coercive control."

His assertions validate my last submission to the Court that there would be interference against me, and justifies my legal, documented request that Judge Randy Smith preside.  Judge Winmill's statements stand as public record as a complete false and illegal miscarriage of Justice.  I assert that Chief Judge B. Lynn Winmill stands in violation of his Oath, and the Law and ask that my request for Judge Randy Smith be granted.

I submit this letter as Public Record to these facts and statements, and publicly call on Chief Judge Winmill to repent - not as a "theological tangent," but in obedience to commandment by the Lord and His Prophets and out of my love and concern for my brother and his eternal welfare.  I call on him to amend his responses, and act according to the Oath he has taken as a Citizen and Public Servant to defend the Constitution and judge righteously, or resign from his position.   I ask that Judge Randy Smith preside over this amendment and case, and look forward to the Court's response to this lawful request.

I am the daughter, sister and Scout Leader of :
William Herring – Revolutionary War.
Carrick Sevier Edwards – Civil War, Union.
Walter Earl Newcomb – WWI, Calvery.
Arnold and Hortense Carson – 1935 Alaskan Colonists.
Jannie Irene Herring – Share Cropper who stood down the KKK to teach blacks to read.
Harold Sherwood Newcomb – Korea, Mat-Su Borough Charter Assemblyman,  School Board Member, Mayor of Wasilla, Alaska; Rotary Club District Governor over Russia, Australia and the Philippines,  and Alaskan of the Year.
Kurt and Randall Newcomb – Post Vietnam.
Seth Bowen – Special Forces, Purple Heart Iraq Veteran.

All who have laid down or risked their lives for me, you, and others for God, Family, Morality, Liberty and Country.

Christians, Patriots, and people of strong moral standards are not delusional, frivolous, a threat, or terrorists.  They are the foundation of this Country.  Those seeking to commit and/or imprison them are the threat; and with our Founders, my ancestors, and those who serve in our National defense, stand against it under our Oath and integrity.

Sincerely, and in the most sacred, Holy name of Jesus Christ,
Nicola Jo Newcomb Taysom  *Nila Taysom /*
*nicola jo newcomb Taysom*