UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NICOLA JO NEWCOMB-TAYSOM, <br><br> Plaintiff, <br><br> v. <br><br> BRIAN BLAD, *et al.*, <br><br> Defendants. | Case No. 4:12-cv-00298-BLW <br><br> **ORDER** |

Plaintiff continues to file letters and requests in this case which have no merit, but seem to ask for clarification. On July 25, 2012, the Court dismissed Plaintiff's Complaint in its entirety, with prejudice, because her claims have no merit. Accordingly, this case will be closed, and the Court will not address any further letters or requests which are facially without merit.

**ORDER**

**IT IS ORDERED** that the Clerk of the Court shall close this case based on the Court's earlier Memorandum Decision and Order, Dkt. 10.

DATED: **November 26, 2012**

B. LYNN WINMILL
Chief U.S. District Court Judge

**ORDER - 1**